Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877)206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK KARPELES,**<br>Plaintiff,<br><br>vs.<br><br>**CITIBANK, N.A.,**<br>Defendant. | CASE NO.: 2:13-cv-05158-JAK-JEM<br><br>**JOINT NOTICE OF SETTLEMENT** |

NOW COMES THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. The parties hereby requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th day of February, 2014.

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff
By: s/Michael D. Schulman
    Law Offices Of Michael D. Schulman
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 24th day of February, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Central District of California

This 24th day of February, 2014.

s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2